UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| BILLY JOE NOBLE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 1:18 CV 236 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:07 CR 60 CDP |
| | ) | |
| BILLY JOE NOBLE, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Billy Joe Noble seeks reduction of the 180 month sentence imposed in 2009 following his guilty plea to being a felon in possession of a firearm, relying on *Johnson v. United States,* 135 S.Ct. 2551 (2014). The Probation Office has reviewed the motion and concluded that he is entitled to relief, and the United States and Noble have stipulated that he should be resentenced to a sentence between the new guidelines range of 33 to 41 months. The parties have indicated

that upon resentencing, Noble will be eligible for immediate release. He has waived the right to appear at a resentencing hearing.

For the reasons stated in the Probation Office's report on relief and in the parties' stipulation filed in the criminal case.

**IT IS HEREBY ORDERED** that the Motion to Vacate, Set Aside or Reduce Sentence filed by Billy Joe Noble [ECF #1 in Case No. 1:18CV236 CDP] is GRANTED, and defendant's sentence will be reduced to an aggregate sentence of 36 months and a term of supervised release of two years. The conditions of supervision remain as previously imposed.

**IT IS FURTHER ORDERED** that in Criminal Case No. 1:07CR60 CDP the court will enter an amended judgment, providing for an aggregate sentence of 36 months and a term of supervised release of two years.

A separate judgment will be entered in the civil case in accordance with this Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2019.